IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| Steven Darling | ) | Bankruptcy No. 17-20214 GLT |
| Barbara M. Darling | ) | |
|    Debtors | ) | Chapter 13 |
| | ) | |
| Steven Darling | ) | Related to Document No. 33 |
|    *Movant* | ) | |
| SSN: XXX-XX-6282 | ) | |
|    vs. | ) | |
| SGS Automotive | ) | |
|    Respondent | ) | |

## **CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on August 1, 2018, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219

Steven Darling  
1138 Jacks Run Road  
North Versailles, PA 15137

SGS Automotive  
Attn: Payroll Department  
201 Route 17 North  
Rutherford, NJ  07070

Date of Service:    August 1, 2018    /s/ Kenneth M. Steinberg  
    Kenneth Steinberg, Esquire  
    STEIDL & STEINBERG  
    28th Floor, Gulf Tower  
    707 Grant Street  
    Pittsburgh, PA 15219  
    (412) 391-8000  
    PA I.D. 31244