IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| Steven Darling | ) | Bankruptcy No. 17-20214 GLT |
| Barbara M. Darling | ) | |
|     Debtors | ) | Chapter 13 |
| | ) | |
| Steven Darling | ) | Document No. |
|     *Movant* | ) | |
| SSN: XXX-XX-6282 | ) | |
|     vs. | ) | |
| SGS Automotive | ) | |
|     Respondent | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 29, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

SGS Automotive
Attn: Payroll Department
201 Route 17 North
Rutherford, NJ  07070

Steven Darling
1138 Jacks Run Road
North Versailles, PA 15137

Date of Service: April 29, 2019    /s/ Kenneth M. Steinberg
                                                             Kenneth M. Steinberg, Esquire
                                                             Attorney for the Debtor
                                                             STEIDL & STEINBERG
                                                             Suite 2830, Gulf Tower
                                                             707 Grant Street
                                                             Pittsburgh, PA 15219
                                                             (412) 391-8000
                                                             Kenny.steinberg@steidl-steinberg.com
                                                             PA I.D. No. 31244