Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Steven Darling
Barbara M. Darling**
   Debtor(s)

Bankruptcy Case No.: 17–20214–GLT
Issued Per 6/27/2019 Proceeding
Chapter: 13
Docket No.: 55 – 44
Concil. Conf.: June 27, 2019 at 09:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated April 23, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐  A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐  B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐  C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jun. 27, 2019 at 09:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐  D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐  E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐  G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑  H.   Additional Terms: A Fee Application is needed if any fee (including retainer) exceeds $4,000.00 including any fees paid to prior counsel.

    Prior distributions to American Honda Claim No. 1 were proper.

    Payments to Clearview FCU begin 5/2019.

*(2.)*    ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.**    **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**    **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**    **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: July 1, 2019

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-20214-GLT
Steven Darling                                                      Chapter 13
Barbara M. Darling
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas               Page 1 of 2           Date Rcvd: Jul 01, 2019
                              Form ID: 149             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
```
db/jdb         +Steven Darling,    Barbara M. Darling,    1138 Jacks Run Road,    North Versailles, PA 15137-2726
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
14352245       #+Allied Interstate,   PO Box 361445,    Columbus, OH 43236-1445
14352246        Barclay,   Credit Card Payments,    PO Box 13337,    Philadelphia, PA 19101-3337
14352248       +Carly Bouch,    222 Woodlawn Drive,    Trafford, PA 15085-1233
14352249       +Citi Mortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
14386365        CitiMortgage, Inc,    P.O. Box 688971,    Des Moines, IA 50368-8971
14386576       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14352251       +Dr. Glenn Synder MD,    2030 Ardmore Boulevard,    Pittsburgh, PA 15221-4652
14358507       +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14352253       +Home Depot,    PO Box 790328,    Saint Louis, MO 63179-0328
14416597        Magee-Womens Hospital of UPMC,    PO Box 1123,    Minneapolis, MN 55440-1123
14352258       +North Versailles Township,    c/o Mary Ann Fetsick, Tax Collector,    1401 Greensburg Avenue,
                 North Versailles, PA 15137-1630
14352259       +Office Max Office Depot,    PO Box 9001006,    Louisville, KY 40290-1006
14352260       +Patenaude & Felix,    4545 Murphy Canyon Rd- 3rd Floor,    San Diego, CA 92123-4363
14352261        Pay Pal Bill Me Later,    P.O. Box 105658,    Atlanta, GA 30348-5658
14352262       #+Pay Pal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
14406858       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14352263       +Sheetz/First Bank Card,    PO Box 2557,    Omaha, NE 68103-2557
14352264       +Specialists in Cardiovascular Medicine,    125 Daugherty Drive, Suite 301,
                 Monroeville, PA 15146-2749
14352265       +State Collection Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14352266       +Target,    PO Box 660170,    Dallas, TX 75266-0170
14788567       +U.S. Bank Trust National Association, a,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
14416595        UPMC East,    PO Box 1123,    Minneapolis, MN 55440-1123
14352267        UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14352268       +UPMC Physician Services,    c/o State Collection Service,    PO Box 6250,
                 Madison, WI 53716-0250
14416596        UPMC Presbyterian Shadyside Hospital,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bncmail@w-legal.com Jul 02 2019 03:41:10      Synchrony Bank,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Suite #400,    Seattle, WA 98121-3132
14353506        E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 02 2019 03:41:10
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
14401708        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 02 2019 03:46:34
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14394510       +E-mail/Text: bncmail@w-legal.com Jul 02 2019 03:41:10      COMENITY CAPITAL BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14352247       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 02 2019 03:47:12      Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
14352250       +E-mail/Text: bankruptcy@clearviewfcu.org Jul 02 2019 03:41:01
                 Clearview Federal Credit Union,    8805 University Blvd.,    Coraopolis, PA 15108-4212
14423006       +E-mail/Text: kburkley@bernsteinlaw.com Jul 02 2019 03:41:35      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14352252       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 03:47:58      HH Gregg,    c/o GEMoney Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
14352256       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 03:47:58      JC Penney/Synchrony Bank,
                 PO Box 960090,    Orlando, FL 32896-0090
14380274        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 02 2019 03:46:33
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14352257       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 03:47:58      Lowe's,    PO Box 530914,
                 Atlanta, GA 30353-0914
14635021        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 03:47:16
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14953510       +E-mail/Text: bncmail@w-legal.com Jul 02 2019 03:41:10      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
14394509       +E-mail/Text: bncmail@w-legal.com Jul 02 2019 03:41:10      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14352269       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 03:47:06      Wal-Mart/Synchrony Bank,
                 PO Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 15
```

```
District/off: 0315-2              User: dbas                  Page 2 of 2                  Date Rcvd: Jul 01, 2019
                                  Form ID: 149                Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Select Portfolio Servicing as servicer for U.S. Ba
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14352254*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:   Honda Financial,    PO Box 65507,    Wilmington, DE 19898)
14352255*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:   Honda Financial,    PO Box 65507,    Wilmington, DE 19898)
cr           ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                     TOTALS: 2, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for U.S. Bank
           Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM22
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kenneth M. Steinberg    on behalf of Joint Debtor Barbara M. Darling
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
           dl-steinberg.com
          Kenneth M. Steinberg    on behalf of Debtor Steven   Darling julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
           dl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```