IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| Steven Darling | ) | Bankruptcy No. 17-20214 GLT |
| Barbara M. Darling | ) | |
|     Debtors | ) | Chapter 13 |
| | ) | |
| Steven Darling | ) | Document No. 63 |
|     Movant | ) | |
| SSN: XXX-XX-6282 | ) | |
|     vs. | ) | |
| ACV Auctions | ) | |
|     Respondent | ) | |

**CERTIFICATE OF SERVICE FOR AMENDED ORDER TO PAY TRUSTEE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) January 12, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

ACV Auctions
Attn: Payroll Department
650 Ellicott Street, #321
Buffalo, NY 14203

Steven Darling
1138 Jacks Run Road
North Versailles, PA 15137

Service by NEF:

Ronda J. Winnecour, Esquire
Via: CCF/CM cmef@chapter13truteewdpa.com

                                                          Respectfully submitted,

January 12, 2021                                              /s/ Kenneth M. Steinberg
DATE                                                                  Kenneth M. Steinberg, Esquire
                                                                              Attorney for the Debtor

                                                                              STEIDL & STEINBERG
                                                                              Suite 2830, Gulf Tower
                                                                              707 Grant Street
                                                                              Pittsburgh, PA 15219
                                                                              (412) 391-8000
                                                                              Kenny.steinberg@steidl-steinberg.com
                                                                              PA I.D. No. 31244

**PAWB Local Form 7 (07/13)**