# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

In re:  
    STEVEN DARLING  
    BARBARA M. DARLING  
    Debtor(s)

Case No. 17-20214GLT

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/20/2017.

2) The plan was confirmed on 03/03/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 08/04/2017, 07/01/2019.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 06/23/2021.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $17,542.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $65,927.46 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$65,927.46** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,900.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,180.03 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,080.03** |
| Attorney fees paid and disclosed by debtor: | $600.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN HONDA FINANCE CORP | Priority | 10,000.00 | 26,675.07 | 8,681.09 | 8,681.09 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | NA | 159.32 | 159.32 | 0.00 | 0.00 |
| BILL ME LATER INC A/S/F SYNCHR | Unsecured | 577.26 | 695.19 | 695.19 | 0.00 | 0.00 |
| CARLY BOUCH | Unsecured | 13,170.24 | NA | NA | 0.00 | 0.00 |
| CLEARVIEW FCU** | Priority | NA | NA | NA | 10,925.00 | 0.00 |
| CLEARVIEW FCU** | Secured | 10,241.00 | 9,958.28 | 9,958.28 | 9,958.28 | 341.44 |
| COUNTY OF ALLEGHENY (RE TAX | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| DR GLENN SNYDER | Unsecured | 976.00 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | NA | 99.82 | 99.82 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA | Unsecured | 5,364.38 | 6,657.44 | 6,657.44 | 0.00 | 0.00 |
| HH GREGG++ | Unsecured | 790.72 | NA | NA | 0.00 | 0.00 |
| LOWES++ | Unsecured | 1,634.07 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 9,846.23 | 1,521.22 | 1,521.22 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | NA | 7,266.81 | 7,266.81 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | NA | 2,504.74 | 2,504.74 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | NA | 2,569.65 | 2,569.65 | 0.00 | 0.00 |
| MAGEE-WOMENS HOSPITAL OF UP | Unsecured | 1,319.41 | 1,319.49 | 1,319.49 | 0.00 | 0.00 |
| NORTH VERSAILLES TWP (RE TAX | Secured | 465.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL CREDIT++ | Unsecured | 508.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | NA | 194.56 | 194.56 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIAT | Unsecured | NA | 6,018.74 | 6,018.74 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIAT | Unsecured | 800.00 | 1,190.65 | 1,190.65 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIAT | Unsecured | 800.00 | 1,285.29 | 1,285.29 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIAT | Unsecured | 8,079.02 | 4,080.63 | 4,080.63 | 0.00 | 0.00 |
| SPECIALISTS IN CARDIOVASCULAR | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 5,668.29 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK++ | Unsecured | 659.40 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK++ | Unsecured | 5,197.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA** | Unsecured | 1,473.80 | 1,901.26 | 1,901.26 | 0.00 | 0.00 |
| UPMC EAST | Unsecured | NA | 4,096.38 | 4,096.38 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UPMC PHYSICIANS SVCS | Unsecured | 71.95 | NA | NA | 0.00 | 0.00 |
| UPMC PRESBYTERIAN SHADYSIDE | Unsecured | NA | 102.41 | 102.41 | 0.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE | Secured | 64,000.00 | 64,467.16 | 0.00 | 24,301.68 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $24,301.68 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,958.28 | $9,958.28 | $341.44 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,958.28** | **$34,259.96** | **$341.44** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,681.09 | $19,606.09 | $0.00 |
| **TOTAL PRIORITY:** | **$8,681.09** | **$19,606.09** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$41,663.60** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,080.03 |
| Disbursements to Creditors | $54,207.49 |
| **TOTAL DISBURSEMENTS:** | **$60,287.52** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/24/2021                             By: /s/ Ronda J. Winnecour
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**