IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| Steven Darling | ) | Bankruptcy No. 17-20214 GLT |
| Barbara M. Darling | ) | |
| Debtors | ) | Chapter 7 |
| | ) | |
| Steven Darling | ) | Related to Docket 71. |
| Barbara M. Darling | ) | |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| No Respondents | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on June 25, 2021, a true and correct copy of the *Order Converting Case under Chapter 13 to Case under Chapter 7 dated June 23, 2021* was caused to be served by Regular First-Class U.S. Mail, postage prepaid, upon the following persons and parties:

All Parties on the attached Mailing Matrix

Date of Service: June 25, 2021

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Kenny.steinberg@steidl-steinberg.com
PA I.D. No. 31244

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-20214-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Jun 22 17:29:44 EDT 2021 | CitiMortgage, Inc<br>P.O. Box 688971<br>Des Moines, IA 50368-8971 | Allied Interstate<br>PO Box 361445<br>Columbus, OH 43236-1445 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Peter J. Ashcroft<br>Bernstein-Burkley, P.C.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 |
| Barclay<br>Credit Card Payments<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | COMENITY CAPITAL BANK<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Carly Bouch<br>222 Woodlawn Drive<br>Trafford, PA 15085-1233 | Citi Mortgage<br>PO Box 6243<br>Sioux Falls, SD 57117-6243 | Clearview Federal Credit Union<br>8805 University Blvd.<br>Coraopolis, PA 15108-4212 |
| County of Allegheny<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | County of Allegheny<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Barbara M. Darling<br>1138 Jacks Run Road<br>North Versailles, PA 15137-2726 |
| Steven Darling<br>1138 Jacks Run Road<br>North Versailles, PA 15137-2726 | Dr. Glenn Synder MD<br>2030 Ardmore Boulevard<br>Pittsburgh, PA 15221-4652 | Duquesne Light Company<br>c/o Peter J. Ashcroft,<br>Bernstein-Burkley, P.C.,<br>707 Grant St., Suite 2200, Gulf Tower,<br>Pittsburgh, PA 15219-1945 |
| (p)PERI GARITE<br>ATTN CARD WORKS<br>101 CROSSWAYS PARK DR W<br>WOODBURY NY 11797-2020 | HH Gregg<br>c/o GEMoney Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | Home Depot<br>PO Box 790328<br>Saint Louis, MO 63179-0328 |
| Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | JC Penney/Synchrony Bank<br>PO Box 960090<br>Orlando, FL 32896-0090 | LVNV Funding, LLC its successors and assigns<br>assignee of Capital One Bank (USA), N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lowe's<br>PO Box 530914<br>Atlanta, GA 30353-0914 | Magee-Womens Hospital of UPMC<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| North Versailles Township<br>c/o Mary Ann Fetsick, Tax Collector<br>1401 Greensburg Avenue<br>North Versailles, PA 15137-1630 | Office Max Office Depot<br>PO Box 9001006<br>Louisville, KY 40290-1006 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |

```
Patenaude & Felix                    Pay Pal Bill Me Later              Pay Pal Credit
4545 Murphy Canyon Rd- 3rd Floor     P.O. Box 105658                    PO Box 105658
San Diego, CA 92123-4363             Atlanta, GA 30348-5658             Atlanta, GA 30348-5658


Pennsylvania Department of Revenue   Pennsylvania Dept. of Revenue      Peoples Natural Gas Company LLC
Bankruptcy Division                  Department 280946                  c/o S. James Wallace, P.C.
P.O. Box 280946                      P.O. Box 280946                    845 N. Lincoln Ave.
Harrisburg, PA 17128-0946            ATTN: BANKRUPTCY DIVISION          Pittsburgh, PA 15233-1828
                                     Harrisburg, PA 17128-0946


(p)PORTFOLIO RECOVERY ASSOCIATES LLC SELECT PORTFOLIO SERVICING, INC    SYNCHRONY BANK
PO BOX 41067                         3815 South West Temple             c/o Weinstein & Riley, P.S.
NORFOLK VA 23541-1067                Salt Lake City, UT 84115-4412      2001 Western Ave, Ste 400
                                                                        Seattle, WA 98121-3132


Sheetz/First Bank Card               Specialists in Cardiovascular Medicine  (p)STATE COLLECTION SERVICE INC
PO Box 2557                          125 Daugherty Drive, Suite 301     2509 S STOUGHTON RD
Omaha, NE 68103-2557                 Monroeville, PA 15146-2749         MADISON WI 53716-3314


Kenneth M. Steinberg                 Synchrony Bank                     TD BANK USA, N.A.
Steidl & Steinberg                   c/o Weinstein & Riley, P.S.        C O WEINSTEIN & RILEY, PS
Suite 2830 Gulf Tower.               2001 Western Ave., Suite #400      2001 WESTERN AVENUE, STE 400
707 Grant Street                     Seattle, WA 98121-3132             SEATTLE, WA 98121-3132
Pittsburgh, PA 15219-1908


Target                               U.S. Bank Trust National Association, a   UPMC East
PO Box 660170                        Serviced by Select Portfolio Servicing,   PO Box 1123
Dallas, TX 75266-0170                3217 S. Decker Lake Dr.            Minneapolis, MN 55440-1123
                                     Salt Lake City, UT 84119-3284


UPMC Health Services                 UPMC Physician Services            UPMC Presbyterian Shadyside Hospital
PO Box 371472                        c/o State Collection Service       PO Box 1123
Pittsburgh, PA 15250-7472            PO Box 6250                        Minneapolis, MN 55440-1123
                                     Madison, WI 53716-0250


Wal-Mart/Synchrony Bank              S. James Wallace                   Ronda J. Winnecour
PO Box 530927                        GRB Law                            Suite 3250, USX Tower
Atlanta, GA 30353-0927               Frick Building, 437 Grant Street   600 Grant Street
                                     14th Floor                         Pittsburgh, PA 15219-2702
                                     Pittsburgh, PA 15219
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Honda Finance Corporation   First National Bank of Omaha       (d)Honda Financial
National Bankruptcy Center           1620 Dodge St., Stop Code 3105     PO Box 65507
P.O. Box 168088                      Omaha, NE 68197                    Wilmington, DE 19898
Irving, TX 75016-8088
```

```
Portfolio Recovery Associates, LLC          State Collection Service                    
POB 12914                                    2509 S. Stoughton Road
Norfolk VA 23541                             Madison, WI 53716
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Duquesne Light Company        (d)Peoples Natural Gas Company LLC        (u)Select Portfolio Servicing as servicer for
                                 c/o S. James Wallace, P.C.
                                 845 N. Lincoln Avenue
                                 Pittsburgh, PA 15233-1828
```

```
End of Label Matrix
Mailable recipients    53
Bypassed recipients     3
Total                  56
```