**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| STEVEN DARLING<br>BARBARA M. DARLING<br>　　　Debtor(s) | Case No.:17-20214 GLT |
| Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/20/2017 and confirmed on 03/03/2017. The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 65,927.46 |
| Less Refunds to Debtor | 5,639.94 | |
| TOTAL AMOUNT OF PLAN FUND | | 60,287.52 |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 2,900.00 | |
| 　Trustee Fee | 3,180.03 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,080.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE<br>　Acct: 3161 | 0.00 | 24,301.68 | 0.00 | 24,301.68 |
| NORTH VERSAILLES TWP (RE TAX)*<br>　Acct: S054 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>　Acct: 5S54 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLEARVIEW FCU**<br>　Acct: 7095 | 9,958.28 | 9,958.28 | 341.44 | 10,299.72 |
| | | | | 34,601.40 |
| **Priority** | | | | |
| KENNETH M STEINBERG ESQ<br>　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEVEN DARLING<br>　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEVEN DARLING<br>　Acct: | 5,639.94 | 5,639.94 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>　Acct: | 3,400.00 | 2,900.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| STEIDL & STEINBERG | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN HONDA FINANCE CORP* | 8,681.09 | 8,681.09 | 0.00 | 8,681.09 |
| Acct: 6513 | | | | |
| CLEARVIEW FCU** | 0.00 | 10,925.00 | 0.00 | 10,925.00 |
| Acct: 7095 | | | | |
| | | | | 19,606.09 |
| **Unsecured** | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 4,080.63 | 0.00 | 0.00 | 0.00 |
| Acct: 3213 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,521.22 | 0.00 | 0.00 | 0.00 |
| Acct: 0037 | | | | |
| CARLY BOUCH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DR GLENN SNYDER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0121 | | | | |
| HH GREGG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0342 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,285.29 | 0.00 | 0.00 | 0.00 |
| Acct: 2469 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6481 | | | | |
| LOWES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3877 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,190.65 | 0.00 | 0.00 | 0.00 |
| Acct: 7329 | | | | |
| PAYPAL CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY BA | 695.19 | 0.00 | 0.00 | 0.00 |
| Acct: 7824 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 6,657.44 | 0.00 | 0.00 | 0.00 |
| Acct: 4817 | | | | |
| SPECIALISTS IN CARDIOVASCULAR MEDIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6914 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TD BANK USA NA** | 1,901.26 | 0.00 | 0.00 | 0.00 |
| Acct: 4114 | | | | |
| MAGEE-WOMENS HOSPITAL OF UPMC | 1,319.49 | 0.00 | 0.00 | 0.00 |
| Acct: 1251 | | | | |
| UPMC PHYSICIANS SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5464 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 7,266.81 | 0.00 | 0.00 | 0.00 |
| Acct: 6654 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 2,504.74 | 0.00 | 0.00 | 0.00 |
| Acct: 1761 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 2,569.65 | 0.00 | 0.00 | 0.00 |
| Acct: 3492 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 159.32 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 194.56 | 0.00 | 0.00 | 0.00 |
| Acct: 0118 | | | | |
| UPMC PRESBYTERIAN SHADYSIDE HOSP | 102.41 | 0.00 | 0.00 | 0.00 |
| Acct: 1251 | | | | |
| UPMC EAST | 4,096.38 | 0.00 | 0.00 | 0.00 |
| Acct: 1251 | | | | |

| 17-20214 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| DUQUESNE LIGHT COMPANY* | 99.82 | 0.00 | 0.00 | 0.00 |
| Acct: 6282 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 6,018.74 | 0.00 | 0.00 | 0.00 |
| Acct: 7422 | | | | |
| BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                54,207.49

TOTAL CLAIMED
PRIORITY            8,681.09
SECURED            9,958.28
UNSECURED        41.663.60

Date: 06/29/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com