PAWB FORM 30  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Steven Darling ) | Case No. 17-20214 GLT |
| Barbara M. Darling ) | Chapter 7 |
| Debtors ) | Docket No. |
| ) | |
| Steven Darling ) | |
| Barbara M. Darling ) | |
| Movants ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| UPMC East, UPMC Physician Services, ) | |
| UPMC Presbyterian Shadyside, UPMC Mercy ) | |
| Hospital, Care Credit/Synchrony Bank, Credit ) | |
| One, Old Navy, Wayfair ) | |
| Respondents ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth M. Steinberg, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

UPMC East
9100 Babcock Boulevard
Pittsburgh, PA  15237

UPMC Physician Services
℅ State Collection Service Inc.
2509 S. Stoughton Road
Madison, WI  52716

UPMC Presbyterian Shadyside
℅ State Collection Service Inc.
2509 S. Stoughton Road
Madison, WI  52716

UPMC Mercy Hospital
℅ State Collection Service Inc.
2509 S. Stoughton Road
Madison, WI  52716

Care Credit/Synchrony Bank
PO Box 965064
Orlando, FL  32896

Credit One
PO Box 98873
City of Industry, CA  91716

Old Navy
PO Box 530942
Atlanta, GA  30353

Wayfair
PO Box 70267
Philadelphia, PA  19176

              By:

| | |
|---|---|
| July 6, 2021 | /s/ Kenneth M. Steinberg |
| DATE | Kenneth M. Steinberg,  Esquire |
| | Attorney for the Debtors |
| | STEIDL & STEINBERG |
| | Suite 2830 – Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | kenny.steinberg@steidl-steinberg.com |
| | PA I.D. No. 31244 |