IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-20214 GLT |
| Steven Darling ) | Chapter 7 |
| Barbara M. Darling ) | Docket No. |
|     Debtors ) | |

# RULE 1019 REPORT

AND NOW, come the Debtors, Steven and Barbara Darling, by and through their attorneys Kenneth M. Steinberg, and Steidl and Steidl and Steinberg, and respectfully represents as follows:

1. This case was commenced on January 20, 2017 when the Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. The Debtors' Chapter 13 bankruptcy case was converted to Chapter 7 by Order of Court dated June 23, 2021.

3. Subsequent to the filing of the Chapter 13 petition, but prior to the conversion of the case to Chapter 7, the Debtors have not entered into any executory contracts or unexpired leases.

4. Subsequent to the filing of the Chapter 13 petition, but prior to the conversion of the case to Chapter 7, the Debtors have not acquired any additional or new property, either real or personal.

5. The Debtors incurred additional various debts since the filing of the Chapter 13 petition but prior to conversion to Chapter 7.

UPMC East
9100 Babcock Boulevard
Pittsburgh, PA  15237


UPMC Physicians Services
℅ State Collection Service Inc.
2509 S. Stoughton Road
Madison, WI  53716

UPMC Presbyterian Shadyside
℅ State Collection Service Inc.
2509 S. Stoughton Road
Madison, WI  53716

UPMC Mercy Hospital
℅ State Collection Service Inc.
2509 S. Stoughton Road
Madison, WI  53716

Care Credit/Synchrony Bank
PO Box 965064
Orlando, FL  32896

Credit One
PO Box 98873
City of Industry, CA  91716

Old Navy
PO Box 530942
Atlanta, GA  30353

Wayfair
PO Box 70267
Philadelphia, PA  19176


	WHEREFORE, the Debtors,  Steven and Barbara Darling, respectfully file this

Rule 1019 Report.

                                              Respectfully submitted,

July 6, 2021                            /s/ Kenneth M. Steinberg
DATE                                   Kenneth M. Steinberg, Esquire
                                              Attorney for the Debtors

                                              STEIDL & STEINBERG
                                              Suite 2830, Gulf Tower
                                              707 Grant Street
                                              Pittsburgh, PA 15219
                                              (412) 391-8000
                                              kenny.steinberg@steidl-steinberg.com
                                              PA I.D. No. 31244