**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Steven Darling** | Social Security number or ITIN   xxx–xx–6282 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Barbara M. Darling** | Social Security number or ITIN   xxx–xx–1251 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–20214–GLT**

# Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Steven Darling                                                                   Barbara M. Darling

9/29/21                                                               **By the court:**   Gregory L. Taddonio
                                                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20214-GLT |
| Steven Darling | Chapter 7 |
| Barbara M. Darling | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 29, 2021 | Form ID: 318 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven Darling, Barbara M. Darling, 1138 Jacks Run Road, North Versailles, PA 15137-2726 |
| cr | + | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 14352248 | + | Carly Bouch, 222 Woodlawn Drive, Trafford, PA 15085-1233 |
| 14386576 | + | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14352251 | + | Dr. Glenn Synder MD, 2030 Ardmore Boulevard, Pittsburgh, PA 15221-4652 |
| 14416597 | | Magee-Womens Hospital of UPMC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14352258 | + | North Versailles Township, c/o Mary Ann Fetsick, Tax Collector, 1401 Greensburg Avenue, North Versailles, PA 15137-1630 |
| 14352259 | + | Office Max Office Depot, PO Box 9001006, Louisville, KY 40290-1006 |
| 14358507 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14406858 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14352263 | + | Sheetz/First Bank Card, PO Box 2557, Omaha, NE 68103-2557 |
| 14352264 | + | Specialists in Cardiovascular Medicine, 125 Daugherty Drive, Suite 301, Monroeville, PA 15146-2749 |
| 14788567 | + | U.S. Bank Trust National Association, a, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14416595 | | UPMC East, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14352267 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15391353 | + | UPMC Mercy Hospital, State Collection Service Inc., 2509 S. Stoughton Road, Madison, WI 53716-3314 |
| 15391351 | + | UPMC Physician Services, State Collection Service Inc., 2509 S. Stoughton Road, Madison, WI 53716-3314 |
| 15391352 | + | UPMC Presbyterian Shadyside, State Collection Service Inc., 2509 S. Stoughton Road, Madison, WI 53716-3314 |
| 14416596 | | UPMC Presbyterian Shadyside Hospital, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15391357 | + | Wayfair, PO Box 70267, Philadelphia, PA 19176-0267 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Sep 30 2021 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2021 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Sep 30 2021 03:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2021 00:04:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: |

Case 17-20214-GLT    Doc 89    Filed 10/01/21    Entered 10/02/21 00:28:33    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: 318 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| | | | BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: bncmail@w-legal.com | Sep 30 2021 00:04:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14353506 | EDI: HNDA.COM | Sep 30 2021 03:58:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14401708 | EDI: AIS.COM | Sep 30 2021 03:58:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14352246 | EDI: TSYS2.COM | Sep 30 2021 03:58:00 | Barclay, Credit Card Payments, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14394510 | + EDI: WFNNB.COM | Sep 30 2021 03:58:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14352247 | + EDI: CAPITALONE.COM | Sep 30 2021 03:58:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15391354 | + EDI: RMSC.COM | Sep 30 2021 03:58:00 | Care Credit/Synchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 14352249 | + EDI: CITICORP.COM | Sep 30 2021 03:58:00 | Citi Mortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14386365 | EDI: CITICORP.COM | Sep 30 2021 03:58:00 | CitiMortgage, Inc, P.O. Box 688971, Des Moines, IA 50368-8971 |
| 14352250 | + Email/Text: bankruptcy@clearviewfcu.org | Sep 30 2021 00:04:00 | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis, PA 15108-4212 |
| 15391355 | Email/PDF: creditonebknotifications@resurgent.com | Sep 30 2021 00:12:17 | Credit One, PO Box 98873, City of Industry, CA 91716 |
| 14423006 | + Email/Text: kburkley@bernsteinlaw.com | Sep 30 2021 00:04:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14352252 | + EDI: RMSC.COM | Sep 30 2021 03:58:00 | HH Gregg, c/o GEMoney Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14352253 | + EDI: CITICORP.COM | Sep 30 2021 03:58:00 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14352256 | + EDI: RMSC.COM | Sep 30 2021 03:58:00 | JC Penney/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14380274 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 00:12:18 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14352257 | + EDI: RMSC.COM | Sep 30 2021 03:58:00 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 15391356 | + EDI: RMSC.COM | Sep 30 2021 03:58:00 | Old Navy, PO Box 530942, Atlanta, GA 30353-0942 |
| 14635021 | EDI: PRA.COM | Sep 30 2021 03:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14352261 | EDI: RMSC.COM | Sep 30 2021 03:58:00 | Pay Pal Bill Me Later, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14352262 | + EDI: RMSC.COM | Sep 30 2021 03:58:00 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14352265 | Email/Text: amieg@stcol.com | Sep 30 2021 00:04:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14953510 | + Email/Text: bncmail@w-legal.com | Sep 30 2021 00:04:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA |

Case 17-20214-GLT    Doc 89    Filed 10/01/21    Entered 10/02/21 00:28:33    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: 318 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | 98121-3132 |
| 14394509 | + | Email/Text: bncmail@w-legal.com | Sep 30 2021 00:04:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14352266 | + | EDI: WTRRNBANK.COM | Sep 30 2021 03:58:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 15391350 | + | Email/Text: BankruptcyNotice@upmc.edu | Sep 30 2021 00:04:00 | UPMC East, 9100 Babcock Boulevard, Pittsburgh, PA 15237-5815 |
| 14352268 | + | Email/Text: amieg@stcol.com | Sep 30 2021 00:04:00 | UPMC Physician Services, c/o State Collection Service, PO Box 6250, Madison, WI 53716-0250 |
| 14352269 | + | EDI: RMSC.COM | Sep 30 2021 03:58:00 | Wal-Mart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Select Portfolio Servicing as servicer for U.S. Ba |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14352254 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial, PO Box 65507, Wilmington, DE 19898 |
| 14352255 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial, PO Box 65507, Wilmington, DE 19898 |
| 14352245 | ##+ | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 14352260 | ##+ | Patenaude & Felix, 4545 Murphy Canyon Rd- 3rd Floor, San Diego, CA 92123-4363 |

TOTAL: 2 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021           Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing as servicer for U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2017-PM22 bnicholas@kmllawgroup.com |
| Jeffrey J. Sikirica | trusteesikirica@zoominternet.net PA59@ecfcbis.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Kenneth M. Steinberg | |

| | |
|---|---|
| | on behalf of Joint Debtor Barbara M. Darling julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Kenneth M. Steinberg | |
| | on behalf of Debtor Steven Darling julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | |
| | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 8